IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   23-CR-0099-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN A. DARBEE,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

**COUNT 1**
Tax Evasion
(26 U.S.C. § 7201)

1. From approximately 2013 through 2021, Defendant STEVEN A. DARBEE received income from various companies. During these years, he inflated his number of dependents (also referred to as allowances or exemptions) so that his employers would withhold very little, if any, in federal taxes. As a result, he paid very little federal income tax on his wages earned during these years.

2. During all of these years, DARBEE had only two dependents.

3. As a result of DARBEE's claims on his Employee Information Sheet and his Forms W-4 as described in the affirmative acts of evasion set forth in Paragraph 4 below, his employers withheld very little federal income tax from his wages. Based on Darbee's wages, he owed far more in federal income tax than was withheld from his paychecks, as reflected in the chart below:

| Year | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|
| Wages Earned | $95,566 | $125,537 | $131,256 | $123,879 | $164,402 | $154,208 | $273,790 | $265,269 | $251,831 |
| Federal Taxes Withheld | $2,054 | $0 | $0 | $0 | $615 | $251 | $948 | $0 | $0 |
| Tax Liability | $8,970 | $18,022 | $19,252 | $17,337 | $26,763 | $20,274 | $47,252 | $45,872 | $42,457 |

4. From on or about April 12, 2013, through on or about April 15, 2022, in the State and District of Colorado and elsewhere, Defendant STEVEN A. DARBEE, willfully attempted to evade and defeat the payment of substantial income tax due and owing by him to the United States of America, for the calendar years 2013-2021, by committing the following affirmative acts of evasion:

(A) On or about April 12, 2013, DARBEE submitted a Form W-4 to Company P claiming six allowances

(B) On or about April 25, 2013, DARBEE submitted a Form W-4 to Company P claiming eight allowances.

(C) On or about May 14, 2013, DARBEE submitted a Form W-4 to Company P claiming 99 allowances.

(D) On or about January 25, 2019, DARBEE submitted a Form W-4 to Company HC claiming seven allowances.

(E) On or about February 20, 2019, DARBEE submitted an Employee Information Sheet to Company HM claiming 99 dependents, which form was in effect for the rest of 2019 and remained in effect during calendar year 2020.

(F) On or about January 28, 2021, DARBEE submitted a Form W-4 to Company HM claiming he was "exempt" from paying taxes.

All in violation of Title 26, United States Code, Section 7201.

## COUNT 2
Failure to File
(26 U.S.C. § 7203)

5. During the calendar year 2016, STEVEN A. DARBEE, who was a resident of Colorado, had and received gross income in excess of $20,700. Because of such gross income, he was required by law, on or before April 18, 2017, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, the defendant, STEVEN A. DARBEE, in the State and District of Colorado, did willfully fail to make an income tax return as required.

All in violation of Title 26, United States Code, Section 7203.

## COUNT 3
Failure to File
(26 U.S.C. § 7203)

6. During the calendar year 2017, STEVEN A. DARBEE, who was a resident of Colorado, had and received gross income in excess of $20,800. Because of such gross income, he was required by law, on or before April 17, 2018, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, the defendant, STEVEN A. DARBEE, in the State and District of Colorado, did willfully fail to make an income tax return as required.

All in violation of Title 26, United States Code, Section 7203.

## COUNT 4
Failure to File
(26 U.S.C. § 7203)

7. During the calendar year 2018, STEVEN A. DARBEE, who was a resident of

Colorado, had and received gross income in excess of $24,000.  Because of such gross income, he was required by law, on or before April 15, 2019, to make an income tax return to the Internal Revenue Service stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing the foregoing, the defendant, STEVEN A. DARBEE, in the State and District of Colorado, did willfully fail to make an income tax return as required.

All in violation of Title 26, United States Code, Section 7203.

A TRUE BILL


<u>Ink Signature on File in Clerk's Office</u>
Foreperson


COLE FINEGAN
UNITED STATES ATTORNEY


*s/Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Attorney for the Government