| | |
|---|---|
| **DEFENDANT:** | STEVEN A. DARBEE |
| **AGE/YOB:** | 50/1973 |
| **COMPLAINT FILED?** | _____ Yes    ___x___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| **HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?** | ___ Yes    _X_ No |
| **OFFENSE(S):** | COUNT 1:  26 U.S.C. § 7201 (Tax Evasion),<br>COUNTS: 2-4:  26 U.S.C. § 7203 (Failure to File) |
| **PENALTIES:** | COUNT 1:  NMT 5 years' imprisonment, $250,000 fine, or both imprisonment and fine; costs of prosecution, NMT 3 years' supervised release, $100 special assessment per count.<br><br>COUNTS 2-4:  NMT 1 year of imprisonment, $100,000 fine, or both imprisonment and fine; costs of prosecution, NMT 1 year of supervised release, $25 special assessment per count. |
| **LOCATION OF OFFENSE:** | Teller County, Colorado |
| **AGENT:** | Anthony R. Romero<br>Special Agent, IRS |
| **AUTHORIZED BY:** | Martha A. Paluch<br>Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

 _X_  five days or less; ___ over five days

**THE GOVERNMENT**

 _X_   will not seek detention in this case based on 18 U.S.C. § 3142(f).

The statutory presumption of detention is not applicable to this defendant.