AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 23-CR-0099-NYW

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* __04/07/2023__.

☐ I personally served the summons on this defendant __Steven Darbee__ at *(place)* __Henkels & McCoy yard, Deer Park Rd, St Helena, CA__ on *(date)* __4/10/2023__; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: __04/10/2023__

*Server's signature:* A. Bishop

*Printed name and title:* Andrea Bishop, IRS-CI Special Agent

Remarks: