IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cr-00099-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN A. DARBEE,

    Defendant.

---

## GOVERNMENT'S MOTION FOR STATUS HEARING

---

    The defendant made his initial appearance in this matter on April 19, 2023, before United State Magistrate Judge James P. O'Hara.  After review of the defendant's financial affidavit, Magistrate Judge O'Hara ruled that the defendant did not qualify for court-appointed counsel.  However, in order to proceed with the initial appearance, arraignment, and discovery conference (the government did not seek detention), Magistrate Judge O'Hara agreed to appoint Assistant Federal Public Defender Jared Scott Westbroek to represent the defendant for purposes of those hearings only.

    Magistrate Judge O'Hara directed the defendant to retain private counsel forthwith and have that counsel enter his or her appearance as soon as possible.  Magistrate Judge O'Hara also directed the parties to file a status report within two weeks if counsel for the defendant had not entered.

    Undersigned counsel has conferred with AFPD Westbroek.  He represented that the defendant has been unable to find counsel; the only group willing to take his case

1

2

wanted an exorbitant retainer that the defendant could not afford.

Given Magistrate Judge O'Hara's determination that the defendant does not qualify for court-appointed counsel, the government respectfully requests that this Court set this matter for a Status Hearing.

Undersigned counsel has conferred with Mr. Westbroek about this motion and Mr. Westbroek stated he does not object to this request.

>                              Respectfully submitted,
>
>                              *s/ Martha A. Paluch*
>                              Martha A. Paluch
>                              Assistant U.S. Attorney
>                              United States Attorney's Office
>                              1801 California Street, Suite 1600
>                              Denver, CO  80202
>                              (303) 454-0100
>                              Martha.paluch@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<pre>
                                        s/ Martha A. Paluch
                                        MARTHA A. PALUCH
                                        Assistant United States Attorney
                                        1801 California Street, Suite 1600
                                        Denver, CO 80202
                                        Telephone 303-454-0100
                                        Facsimile 303-454-0402
                                        martha.paluch@usdoj.gov
</pre>