IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-CR-099 (NYW)

UNITED STATES OF AMERICA

v.

STEVEN A. DARBEE,

    Defendant.

---

**STEVEN A. DARBEE'S UNOPPOSED MOTION TO RESCHEDULE THE STATUS CONFERENCE SCHEDULED FOR MAY 9, 2023 TO MAY 11, 2023**

---

    Mr. Darbee, through undersigned counsel, respectfully requests this Court reschedule the status conference currently scheduled for May 9, 2023, to May 11, 2023. In support, the undersigned provides the following:

    **(1)** Mr. Darbee is charged with one count of violating 26 U.S.C. § 7201 and three counts of violating 26 U.S.C. § 7203. Docket Entry Number ("DE") 1.

    **(2)** The Court issued a summons on April 4, 2023, requiring Mr. Darbee to appear before the Court on April 19, 2023. DE 2; DE 4.

    **(3)** Mr. Darbee appeared before Magistrate Judge James P. O'Hara for his initial appearance as required. DE 5; DE 8. At that hearing, Mr. Darbee was also arraigned (entering a not guilty plea), submitted the Discovery Conference Memorandum, and was released on an unsecured bond. *Id.*; DE 9; DE 11; DE 10.

    **(4)** Before his initial appearance, Mr. Darbee completed and submitted a CJA 23 Financial Affidavit. DE 6. Based on the information he provided in that affidavit, the magistrate concluded Mr. Darbee did not qualify for court-appointed counsel, but appointed counsel "for [the] limited purposes of [allowing the] Initial appearance, Arraignment, and Discovery hearings" to go

forward. *See* DE 7. The magistrate then directed Mr. Darbee to retain private counsel and have his retained counsel file an entry of appearance as soon as possible. If retained counsel did not file an entry of appearance, the magistrate directed the parties to file a status report within two weeks.

**(5)** The undersigned filed a notice of appearance on April 20, 2023, for the limited purpose of staying apprised of the potential entry of appearance by retained counsel or participate in a status conference regarding Mr. Darbee's ability to retain counsel if needed.

**(6)** The undersigned has remained in contact with Mr. Darbee and has been informed he has been unable to retain private counsel due to the significant financial cost required. The undersigned communicated this information to the government on May 2, 2023. The government filed a status update relaying this information to the Court and requesting a status conference. DE 14.

**(7)** The Court granted the government's request for a status conference; requiring Mr. Darbee and the undersigned to appear on May 9, 2023. DE 15.

**(8)** The undersigned has a preexisting conflict with the date and time of the scheduled status conference.

**(9)** The undersigned has consulted with the government about the scheduling conflict and the government does not oppose this request to reschedule the hearing.

**(10)** The undersigned and the government are available after 1:00 p.m., on Monday, May 8, 2023, in the afternoon on Wednesday, May 10, 2023, and all-day Thursday, May 11, 2013.

**(11)** The undersigned also consulted with Mr. Darbee regarding his availability. He will have to make arrangements to get off work and travel to Colorado (from California); he requests the Court schedule the status conference for Thursday, May 11, 2023.

-

Wherefore, the undersigned respectfully requests the Court reschedule the status conference to May 11, 2023.

Respectfully submitted, this 4th day of May, 2023.

VIRGINIA L. GRADY
Federal Public Defender

/s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email:  jared_westbroek@fd.org
Attorney for Mr. Darbee

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2023, I electronically filed the foregoing **STEVEN A. DARBEE'S UNOPPOSED MOTION TO RESCHEDULE THE STATUS CONFERENCE SCHEDULED FOR MAY 9, 2023 TO MAY 11, 2023** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, AUSA
Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Steven A. Darbee (Via U.S. Mail)

/s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email:  jared_westbroek@fd.org
Attorney for Mr. Darbee