IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 23-cr-00099-NYW-1 | Date: May 22, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 1. STEVEN A. DARBEE, | Jared Westbroek |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**1:05 p.m.      Court in session.**

Appearances of counsel.  Defendant present on bond.

Discussion regarding Magistrate Judge O'Hara's review of Defendant's financial affidavit and determination that Defendant does not qualify for court-appointed counsel.  Mr. Westbroek advises the Court that Mr. Darbee has attempted to obtain private counsel but has financial difficulty in doing so.

Defendant sworn.

1:12 p.m.      Ms. Paluch exits the courtroom.

Defendant answers questions of the Court with respect to his financial affidavit.

1:26 p.m.      Ms. Paluch enters the courtroom.

Court's findings.

**ORDERED:**   **Court finds Mr. Darbee partially eligible for court-appointed counsel, and thus, ORDERS that counsel be appointed for him.**

**ORDERED:**   **No later than May 26, 2023, Defendant shall file an updated financial affidavit certified under oath and subject to the penalty of perjury, and any supporting documentation for the Court to consider so that it may direct Defendant to pay the available excess funds to the Clerk of the Court from time to time after this appointment.**

**ORDERED:**   **Mr. Westbroek shall confer with his office with respect to the appointment. Counsel for Mr. Darbee shall enter an appearance no later than May 26, 2023.**

**ORDERED:**   **Counsel shall meet and confer and email chambers to obtain trial dates and deadlines.**

**ORDERED:**   **Defendant's bond is continued.**

**1:30 p.m.**   **Court in recess.**

Hearing concluded.
Total time in court:     0:25