IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:23-cr-00099-NYW-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN A. DARBEE,

    Defendant.

---

## NOTICE OF APPEARANCE

---

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/Josh Lilley
    JOSH LILLEY
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Josh_lilley@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Martha Ann Paluch, Assistant United States Attorney
  E-mail: martha.paluch@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Steven A. Darbee  (via U.S. mail)

            s/Josh Lilley
            JOSH LILLEY
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            Josh_lilley@fd.org
            Attorney for Defendant