IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00099-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**STEVEN A. DARBEE,**

        Defendant.

___

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
___

        Steven A. Darbee, by and through undersigned counsel, notifies this court that a disposition has been reached in his case with the government. Mr. Darbee requests a change of plea hearing for the court to consider the proposed plea agreement. He further requests this court vacate the trial date set for October 10, 2023 and all related dates and deadlines.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Josh Lilley
        JOSH LILLEY
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Josh_Lilley@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch, AUSA
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Steven A. Darbee (Via U.S. Mail)

                                           s/Josh Lilley
                                           JOSH LILLEY
                                           Assistant Federal Public Defender
                                           633 17th Street, Suite 1000
                                           Denver, CO  80202
                                           Telephone: (303) 294-7002
                                           FAX: (303) 294-1192
                                           Josh_Lilley@fd.org
                                           Attorney for Defendant